UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Donald Meranda,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 1:12-cv-1891-WTL-DKL |
| | ) |
| **The Brachfeld Law Group, P.C.,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff's Motion to Dismiss with Prejudice filed by the Plaintiff in this cause, all claims and theories of relief brought by each party are hereby dismissed with prejudice, and each party shall bear its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

03/27/2013
Date

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**ECF notification:**

Copies to electronically registered counsel of record.